IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

ROBERT KUEHNLE                                                                          PLAINTIFF

V.                                                              CIVIL ACTION NO. 3:07CV095-B-A

RANDOM HOUSE, INC.                                                                    DEFENDANT

## **ORDER**

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED** that the defendant's motion for summary judgment is **GRANTED**, and this case is **DISMISSED with prejudice**.

This, the 31st day of March, 2008.

/s/ Neal Biggers
_____
**NEAL B. BIGGERS, JR.
SENIOR U.S. DISTRICT JUDGE**